11th
Court of Appeal

                                                                  Eastland,
Texas

                                                                        Opinion

 

Hawkeye Moving & Storage Company, Inc.

Appellant

Vs.                   No. 11-02-00179-CV B Appeal from Eastland County

Jack Turner

Appellee

 

Appellant has filed in this court a motion to
dismiss its appeal.  Appellant states
that the parties have reached a settlement of the underlying dispute.  The motion is granted.  TEX.R.APP.P. 42.1.

The appeal is dismissed.

 

PER CURIAM

 

November 21, 2002

Do not publish. See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.